KEKER, VAN NEST & PETERS LLP
R. JAMES SLAUGHTER - # 192813
rslaughter@keker.com
ASHOK RAMANI - # 200020
aramani@keker.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant
CAVIAR, INC. d/b/a TRY CAVIAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LEVIN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CAVIAR, INC. d/b/a TRY CAVIAR, <br><br> Defendant. | Case No. 3:15-cv-01285-EDL <br><br> **NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE** <br><br> Judge:       Hon. Elizabeth D. Laporte <br><br> Date Filed: March 19, 2015 <br><br> Trial Date: None set |

1 | PLEASE TAKE NOTICE that, effective January 1, 2017, the name of the law firm Keker & Van Nest LLP, attorneys for Defendant CAVIAR, INC. d/b/a TRY CAVIAR, was changed from:

Keker & Van Nest LLP

TO:

Keker, Van Nest & Peters LLP

PLEASE TAKE FURTHER NOTICE that, effective immediately, the email addresses of R. James Slaughter, Ashok Ramani, Simona A. Agnolucci and Erin E. Meyer, attorneys for Defendant CAVIAR, INC. d/b/a TRY CAVIAR, will be changed from:

    rslaughter@kvn.com  To    rslaughter@keker.com

    aramani@kvn.com    To    aramani@keker.com

    sagnolucci@kvn.com  To    sagnolucci@keker.com

    emeyer@kvn.com     To    emeyer@keker.com

Dated: March 31, 2017

KEKER, VAN NEST & PETERS LLP

By: /s/ *Ashok Ramani*
R. JAMES SLAUGHTER
ASHOK RAMANI
SIMONA A. AGNOLUCCI
ERIN E. MEYER

Attorneys for Defendant CAVIAR, INC. d/b/a TRY CAVIAR